**FILED**
SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8800

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Francisco Javier CRUZ | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

On or about August 29, 2008, within the Southern District of California, defendant Francisco Javier CRUZ did knowingly and intentionally import approximately 23.10 kilograms (50.82 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Chad N. Worgen
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 2nd DAY OF SEPTEMBER 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Chad N. Worgen with U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On August 29, 2008, Francisco Javier CRUZ entered the United States from Mexico at the Calexico, California West Port of Entry as the driver, sole occupant, and registered owner of a 2007 Dodge Caliber. Customs and Border Protection Officer (CBPO) M. Kjellberg was conducting vehicle primary inspections and received a negative oral Customs declaration from CRUZ. CBPO Kjellberg asked CRUZ where he was going, and he stated he was going shopping in Calexico, California. CRUZ also stated he was the owner of the vehicle for several months. CBPO Kjellberg observed CRUZ was nervous by his pale appearance, perfuse sweating, and his gripping of the steering wheel.

CBPO Kjellberg requested Canine Enforcement Officer (CEO) J. Jones to screen the vehicle driven by CRUZ with his assigned Human Narcotics Detector Dog (HNDD). CEO Jones informed CBPO Kjellberg that his HNDD had alerted to the front fender of the vehicle.

CRUZ was escorted to the vehicle secondary office for a pat down search that was negative. The vehicle was driven to the secondary lot for an intensive inspection. A non-factory compartment was discovered in the firewall (dash area) of the vehicle. An access panel to the compartment was discovered on the passenger side front wheel well. The access panel was removed resulting in the discovery of numerous black colored packages. A package was probed, and it produced a white powdery substance that field tested positive for cocaine. A total of twenty (20) packages of cocaine were extracted from the compartment with a total weight of 23.10 kilograms (50.82 pounds).

Executed on August 30, 2008 at 0630 hours.

_Chad N. Worgen_
Chad N. Worgen, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 29, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

_Leo S. Papas, U.S. Magistrate Judge_     _8/30/08—1155A_
Leo S. Papas, U.S. Magistrate Judge      Date/Time